SALVATORE M. VELLA, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order modified in accordance with the memorandum and as modified affirmed, with ten dollars costs and disbursements to appellant to abide the event. Motion to expunge brief denied. Memorandum: The undisputed affidavits of plaintiff present a situation such that we cannot sustain the discretionary order of the trial court in so far as the amount of costs imposed is concerned. We modify the order by reducing the costs imposed as the condition upon which the default is opened to ten dollars and fifty cents — ten dollars motion costs and fifty cents disbursement for entering judgment. Without in any way expressing approval of the form and content of appellant's brief, we deny the motion to expunge in view of the decision on the appeal. All concur. (The order opens a default upon certain conditions.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LEROY TULLER, Respondent.— Order affirmed, without costs. All concur. (The order vacates an order requiring support of child in filiation proceeding.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

ROSINA FIORE and JOHN FIORE, as Administrators, etc., of THOMAS FIORE, Appellants, v. GENERAL RAILWAY SIGNAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum: As to assumption of risk, see *Gombert* v. *Mc Kay* (201 N. Y. 27) and *Fitzwater* v. *Warren* (206 id. 355); as to contributory negligence, see *Marino* v. *Lehmaier* (173 N. Y. 530) and *Maleeny* v. *Standard Shipbuilding Corp.* (237 id. 250). The case of *Karpeles* v. *Heine* (227 N. Y. 74) is not of assistance to the appellant for the reason that in that case there was an absolute prohibition in the statute against the employment of the plaintiff, who was under sixteen years of age, thus excluding any possibility of contributory negligence. All concur. (The order denies motion to strike out affirmative defenses in the answer.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

ANGELO DEMANNO, Appellant, v. GENERAL RAILWAY SIGNAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants motion to strike out plaintiff's reply.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.